# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00486-CV

**John E. Pierce, Appellant**

**v.**

**Marga G. Bobick, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 248, 751-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion requesting that this appeal be dismissed.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed: August 29, 2014